**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Chester EDGERTON, Defendant-Appellant.**

**No. 16-7776**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 20, 2017

Decided: April 25, 2017

Chester Edgerton, Appellant Pro Se. Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Edgerton appeals the district court's order denying a postjudgment motion filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*